UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DARRYL ALDERSON,<br><br>Defendant. | Case No. 3:20-mj-01029<br><br>Magistrate Judge Alistair E. Newbern |

### ORDER

Pursuant to Rule 5 of the Federal Rules of Criminal Procedure, as amended by the Due Process Protections Act of 2020, the Court confirms the United States' obligation to produce information and material that is exculpatory within the meaning of *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and orders it to do so reasonably promptly upon discovery, as required by Local Rule 16.01(a)(3). Failure to produce exculpatory evidence and material in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or other sanctions by the Court.

It is so ORDERED.

ALISTAIR E. NEWBERN
United States Magistrate Judge